## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN POWELL,** | : | |
| **Plaintiff** | : | **No. 1:12-cv-02455** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **JOHN E.WETZEL, <u>et</u> <u>al.</u>,** | : | **(Magistrate Judge Schwab)** |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 3rd day of June 2014, **IT IS HEREBY ORDERED THAT**

Magistrate Judge Schwab's Report and Recommendation (Doc. No. 44) is **ADOPTED IN**

**PART** as follows:

1.    Defendants' motion to dismiss Plaintiff's amended complaint with prejudice (Doc. No. 31) is **GRANTED** with respect to Counts I, II, and V; and **DENIED** with respect to Counts III and IV;

2.    Defendants' motion to strike (Doc. No. 31) is **DENIED**; and,

3.    The above-captioned action is **REFERRED BACK** to Magistrate Judge Schwab for pretrial management, including the disposition of any pending motions.


                                                    S/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania