# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN POWELL, | : | |
| Plaintiff | : | No. 1:12-cv-02455 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JOHN E. WETZEL, et al., | : | (Magistrate Judge Schwab) |
| Defendants | : | |

## ORDER

**AND NOW,** on this 27th day of March, 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 69) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 70) are **OVERRULED**;

3. Defendants' motions for judgment on the pleadings (Doc. Nos. 63, 69) are **GRANTED** as follows:

    A. Plaintiff's claims against Defendants John Wetzel, Tabb Bickell, Mark Garman, William Walters, and Timothy Johnson in their individual and official capacities are **DISMISSED WITH PREJUDICE**;

    B. Plaintiff's amended complaint is limited to events beginning with Plaintiff's transfer to State Correctional Institution - Huntingdon;

    C. Plaintiff may seek leave to amend his amended complaint to expand the chronological scope of this litigation; and

5. This case is referred back to Magistrate Judge Schwab for further pre-trial management.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania